UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| BRYANT J. TROXLER, ET AL. | CIVIL ACTION NO. 6:16-CV-01122 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| HEARTLAND RECREATIONAL VEHICLES, LLC, ET AL. | MAG. JUDGE CAROL WHITEHURST |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Heartland Recreational Vehicles LLC's Motion to Dismiss [Doc. No. 37] is **GRANTED**, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 25th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE